UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MERCHANT CASH & CAPITAL, LLC | * | CIVIL ACTION NO.: 2:17-mc-03746 |
| | * | |
| VERSUS | * | JUDGE MARTIN L.C. FEDLMAN (F) |
| | * | |
| GALAFORO CONSTRUCTION, LLC AND PAUL GALAFORO | * | MAG. JUDGE JOSEPH C. WILKINSON, JR. (2) |
| | * | |

***************************************

## NOTICE OF SEIZURE

TO:   FIRST BANK AND TRUST
   Through its registered agent
   Gary B. Blossman
   909 Poydras St., Suite 100
   New Orleans, LA  70121

**TAKE NOTICE:**  That by virtue of Writ of Fieri Facias issued from the United States District Court for the Eastern District of Louisiana, I have seized the personal property of defendant, Galaforo Construction, LLC and Paul Galaforo, including:

> All property of Galaforo Construction, LLC and Paul Galaforo, pursuant to the Petition for Garnishment filed after the issuance of Write of Fieri Facias;

to pay and satisfy the amount remaining under the Writ in the sum of $374,500.00, plus judicial interest from January 20, 2017, plus all costs and charges of the United States Marshal's Service and/or the Orleans Parish Sheriff and/or the Jefferson Parish Sheriff.

```
_____
UNITED STATES MARSHAL
EASTERN DISTRICT OF LOUISIANA
```