
**FIRST BANK AND TRUST**

United States District Court
Eastern District of Louisiana

Civil Action No.: 2:17-mc-03746

Merchant Cash & Capital, LLC     PLAINTIFF
vs.
Galaforo Construction, LLC
and Paul Galaforo

FIRST BANK AND TRUST     GARNISHEE

## ANSWER TO GARNISHMENT INTERROGATORIES

Garnishee, FIRST BANK AND TRUST, a Louisiana non-member state bank having its Main Office located at 909 Poydras Street, Suite 100, New Orleans, Louisiana 70112, through its designated officer, under oath, answers the garnishment interrogatories propounded by Galaforo Construction, LLC and Paul Galaforo

1. Garnishee attest that at the time of service it has in its possession or under control, accounts belonging to the Galaforo Construction, LLC and/or Paul Galaforo.

2. Garnishee has in its control a Black and Gold Money Market Account in the amount of $3,166.60, and a business checking account in the amount of $31,449.70 both in the name of Galaforo Construction, LLC. Monies are not sufficient to satisfy garnishment.

3. Garnishee attests that at any time or since these Interrogatories were served was not obligated to Galaforo Construction, LLC or Paul Galaforo in any manner or for any sum whatsoever, directly or indirectly, conditionally or unconditionally, either for oneself alone or together with others.

4. N/A

5. Garnishee attests that at any time since these interrogatories were served has not made any payments to Galaforo Construction, LLC or Paul Galaforo, directly or indirectly; or have entered into any agreement of any kind whatsoever with Gallardo Construction, LLC or Paul Galaforo; or have received any receipt, release, or discharge from Galaforo Construction, LLC or Paul Galaforo.

6. Garnishee attests that at the time interrogatories were served we did not have any other claims or garnishments served or levied upon us affecting Galaforo Construction, LLC or Paul Galaforo's property and /or compensation.

7. N/A

FIRST BANK AND TRUST

By: _____
Charles Blackwell
Chief Compliance Officer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MERCHANT CASH & CAPITAL, LLC | * | CIVIL ACTION NO.: 2:17-mc-03746 |
| VERSUS | * | JUDGE MARTIN L.C. FEDLMAN (F) |
| GALAFORO CONSTRUCTION, LLC AND PAUL GALAFORO | * | MAG. JUDGE JOSEPH C. WILKINSON, JR. (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**GARNISHMENT INTERROGATORIES PURSUANT TO**
**LOUSIANA CODE OF CIVIE PROCEDURE ARTICLE 2411**

TO:  FIRST BANK AND TRUST
Through its registered agent
Gary B. Blossman
909 Poydras St., Suite 100
New Orleans, LA 70121

TO BE ANSWERED CATEGORICALLY UNDER OATH, IN WRITING WITHIN 15 DAYS FROM SERVICE. Return to Congeni Law Firm, LLC, 424 Gravier Street, New Orleans, Louisiana 70130.

**INTERROGATORY NO. 1:**

Do you have under your control, directly or indirectly, any money, rights, credits, or other property belonging to Galaforo Construction, LLC or Paul Galaforo or in which Galaforo Construction, LLC or Paul Galaforo had any interest whatsoever when you were served with these interrogatories, or at any time since?

**INTERROGATORY NO. 2:**

If you answered 'yes' to the preceding interrogatory: what is the nature, description, and the amount of the money, rights, credits, or other property? You must fully disclose in full detail this

1

information and state whether the amount or value of the property is sufficient to satisfy, in part or in full, the amount of the attached Writ of Fieri Facias that has been issued in this matter (attached hereto as Exhibit "1").

**INTERROGATORY NO. 3:**

Were you obligated to Galaforo Construction, LLC or Paul Galaforo in any manner or for any sum whatsoever, directly or indirectly, conditionally or unconditionally, either for yourself alone or together with others, when you were served with these interrogatories or at any time since?

**INTERROGATORY NO. 4:**

If your answer to the preceding interrogatory was 'yes', then please state the amount and fully describe your obligation, how it is paid, and when it is due. You must fully disclose this information, and state whether the amount or value of the property is sufficient to satisfy, in part or in full, the amount of the attached Writ of Fieri Facias that has been issued in this matter (attached hereto as Exhibit "1").

**INTERROGATORY NO. 5:**

At any time since these interrogatories were served on you, have you made any payment to Galaforo Construction, LLC or Paul Galaforo, directly or indirectly; or have you entered into any agreement of any kind whatsoever with Galaforo Construction, LLC or Paul Galaforo; or have you received any receipt, release, or discharge of any kind from Galaforo Construction, LLC or Paul Galaforo? If so, you must fully disclose the payments to, agreement with, and any receipt, release, or discharge from, Galaforo Construction, LLC or Paul Galaforo.

**INTERROGATORY NO. 6:**

When you were served with these interrogatories, were there any other claims or garnishments that had been served or levied upon you affecting Galaforo Construction, LLC or Paul Galaforo's

2

property and/or compensation?

**INTERROGATORY NO. 7:**

If your answer to the preceding interrogatory was 'yes', then please state the date you were served with each claim or garnishment, the title and number of the suit in which you were served, the name of that court, the amount due at the time you were served, the total amount of the payments you withheld from each debtor since being served, and the balance that remains due.

**Respectfully submitted,**

**CONGENI LAW FIRM, LLC**

BY: */s/Leo D. Congeni*
    LEO D. CONGENI (#25626)
    424 Gravier Street
    New Orleans, LA 70130
    Telephone: 504-522-4848
    Facsimile: 914-992-0378
    Email: leo@congenilawfirm.com

*Attorney for Merchant Cash & Capital, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Leo D. Congeni*
LEO D. CONGENI